**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Robert Sztapka, | Civil Action No. 07 C 1307 |
| Plaintiff, | Judge Der-Yeghiayan |
| v. | Magistrate Judge Ashman |
| Experian Information Solutions, Inc., | |
| Defendant. | |

**JOINT JURISDICTIONAL STATUS REPORT**

Robert Sztapka ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") file this Joint Jurisdiction Status Report pursuant to the Court's standing case management procedures:

**I.   Subject Matter Jurisdiction.**

Plaintiff seeks damages pursuant to the federal Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.*, as amended. Accordingly, the Court has subject matter jurisdiction pursuant to 15 U.S.C. §1681p, 28 U.S.C. §1331 and 28 U.S.C. § 1337.

**II.   Venue (Plaintiff's Position).**

Plaintiff is an adult individual and citizen of the State of Illinois. For his entire life, Plaintiff has been a citizen and resident of Cook County, Illinois. All of the allegations in the Complaint occurred while Plaintiff was a citizen and resident of Cook County, Illinois. Accordingly, venue is appropriate in the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. § 93(a)(1).

Dated: May 4, 2007                                Respectfully submitted,

                                              s/ Larry P. Smith
                                              Larry P. Smith
                                              lsmith@lpsmithlaw.com
                                              LARRY P. SMITH & ASSOCIATES, LTD.
                                              205 N. Michigan Ave., 40th Floor
                                              Chicago, IL 60601
                                              Telephone: (312) 222-9028
                                              Fax: (312) 782-8585

                                              *Counsel for Plaintiff*


                                              s/ John M. Wright
                                              John M. Wright
                                              Bar Registration No: 6278746
                                              jwright@jonesday.com
                                              JONES DAY
                                              77 West Wacker, Suite 3500
                                              Chicago, IL 60601-1692
                                              Telephone: (312) 782-3939
                                              Fax: (312) 782-8585

                                              *Counsel for Defendant*
                                              *Experian Information Solutions, Inc.*

## **PROOF OF SERVICE**

       I, John M. Wright, an attorney, certify that, on May 4, 2007, I filed the **Joint Jurisdictional Status Report** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Larry Smith, Esq.
Alyssa Blackwell, Esq.
Larry P. Smith & Associates
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
*Attorneys for Plaintiff*

                                               s/ John M. Wright _____
                                               John M. Wright